ABRAHAM FOWLER, RESPONDENT, *v.* JOHN F. BREN-NECKE, IMPLEADED, &c., APPELLANT.

Judgment affirmed, with costs.

Opinion by GILBERT, J.; DYKMAN, J., not sitting.

---

GEORGE W. PLATT, JR., INDIVIDUALLY AND AS ASSIGNEE, &c., APPELLANT, *v.* GILBERT V. HUNTER AND WILLIAM H. DOUGLAS, RESPONDENTS.

Judgment affirmed, with costs.

Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

---

DAVID ILCH, APPELLANT, *v.* MARY ANN KARKER, RESPONDENT.

Appeal dismissed, with $10 costs.

Opinion by BARNARD, P. J.

---

LOUISA BELTER, EXECUTRIX, &c., APPELLANT, *v.* JOHN WOOD, JANE WOOD, HIS WIFE, AND DON A. HULETT, RESPONDENTS.

Order affirmed, with costs and disbursements.

Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

---

JACOB POLHEMUS, RESPONDENT, *v.* WILLIAM VOORHIS, APPELLANT.

Judgment affirmed, with costs.

Opinion by DYKMAN, J.

---

DAVID S. DUNCOMB AND OTHERS, TRUSTEES, &c., PLAINTIFFS, *v.* THE NEW YORK, HOUSATONIC & NORTHERN RAILROAD COMPANY, DEFENDANTS.

Order of June 12, 1880, modified by striking out the last clause thereof, and as modified affirmed. BARNARD, P. J., not sitting.

Order of July 10, 1880, affirmed; no costs to either party upon either appeal. DYKMAN, J., not sitting.

Opinion by GILBERT, J.